FILED
JAN 21 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR 0196-L |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| DAVID GARCIA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 17, 2009, within the Southern District of California, defendant DAVID GARCIA, did knowingly and intentionally import 50 grams or more, to wit: approximately 1.15 kilograms (2.53 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1-21-10.

KAREN P. HEWITT
United States Attorney

SEAN COYLE
Assistant U.S. Attorney

SPJC:jam:San Diego
12/30/09