AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 2 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

DAVID GARCIA

WAIVER OF INDICTMENT

CASE NUMBER: 10 CR 0196-L
09 MJ 3684

I, DAVID GARCIA, the above named defendant, who is accused of committing the following offense:

Importation of Methamphetamine (actual), in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/21/2010 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David Garcia
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

Translated by: Danielle Leyva
on 1/12/10