KAREN P. HEWITT
United States Attorney
ROBERT S. HUIE
Assistant U.S. Attorney
California State Bar No. 237374
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5766 / (619) 235-4716 (Fax)
Email: robert.huie@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-CR-0196-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| DAVID GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

Robert S. Huie

Please call me if you have any questions about this notice.

DATED: February 16, 2010

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Robert S. Huie

Robert S. Huie
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 10-CR-0196-L |
| Plaintiff,  ) | |
| v.  ) | **CERTIFICATE OF SERVICE** |
| DAVID GARCIA,  ) | |
| Defendant.  ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert Huie, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 16, 2010, and this Certificate of Service, dated February 16, 2010, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Roseline Feral, Esq.**
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2010.

/s/ Robert S. Huie
Robert S. Huie
Assistant United States Attorney